UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERRINGTON TECHNOLOGY LLC,

                      Plaintiff,

              -v-

CENTURYLINK, INC. et al.,

                      Defendants.

19-CV-6828 (JPO)

OPINION & ORDER

J. Paul Oetken, United States District Judge:

      Plaintiff Herrington Technology LLC commenced this action for breach of contract on July 23, 2019. (Dkt. No. 1.) On September 24, 2019, counsel for Plaintiff filed a motion to withdraw, citing an "irreconcilable conflict between [counsel] and Valery Herrington, the sole manager and owner of the Plaintiff." (Dkt. No. 22.) The motion was granted. (Dkt. No. 24.) Because the withdrawal of counsel left Plaintiff without legal representation, the case was stayed for thirty days in order to permit Plaintiff to obtain new counsel. (*Id.*) On October 29, 2019, Plaintiff requested a thirty-day extension of the stay. (Dkt. No. 25.) That request was granted. (Dkt. No. 26.) The stay expired on November 30, 2019, with Plaintiff neither moving for another extension nor obtaining new legal representation.

      Accordingly, the Court ordered Plaintiff to have counsel enter an appearance in this action by January 7, 2020. (*Id.*) The Court instructed that "[f]ailure to comply will result in dismissal of this action for failure to prosecute." (*Id.*)

      As of the date of this Order, no appearance has been noticed on the docket. Accordingly, this case is dismissed for failure to prosecute.

      The Clerk is directed to terminate the case.

      SO ORDERED.

Dated: January 8, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge